CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
RODRIGO J. BOZOGHLIAN, ESQ.; STATE BAR NO.: 249732
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com
E-Mail: rbozoghlian@tharpe-howell.com

JS-6

Attorneys for Defendant,
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VANESSA TAYLOR,<br><br>  Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., and DOES 1 TO 100,<br><br>  Defendants. | CASE NO.: EDCV12-1714JGB(SPx)<br><br>(Riverside County Superior Court Case No.: INC 1204503)<br><br>[~~PROPOSED~~] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) |

IT IS HEREBY ORDERED that the Complaint of Plaintiff VANESSA TAYLOR is hereby dismissed in its entirety, with prejudice.

JS-6

Dated: February 21, 2013      By: _____
                                  U.S. DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)
Taylor v. Lowe's HIW, Inc.
Case No.: EDCV12-1714R(SPx)

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221